UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE GABB,

      Plaintiff,

  v.

QUANG TRAN, MARK LITHERLAND, STEPHANIE MILLS, AMY ABELL, and WEXFORD HEALTH SOURCES, INC.

      Defendants.

Case No. 20-cv-90-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having resolved others among themselves,

IT IS HEREBY ORDERED AND ADJUDGED that Count 2, an Eighth Amendment deliberate indifference claim against defendant Wexford Health Sources, Inc. for its policy or practice of delaying treatment by providing inadequate dental services, is dismissed with prejudice:

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows:

- in favor of defendants Quang Tran, Mark Litherland, Stephanie Mills, and Amy Abell and against plaintiff Tyrone Gabb on Count 1, an Eighth Amendment deliberate indifference claim for failing to treat the plaintiff's fractured tooth and his related pain from April 7, 2019, until August 30, 2019, resulting in significant pain and extraction of his restorable tooth; and

- in favor of Defendant Wexford Health Sources Inc. and against plaintiff Tyrone Gabb on Count 2, an Eighth Amendment deliberate indifference claim for its policy or practice of encouraging tooth extraction over restoration as a cost-saving measure;

and that these claims are dismissed with prejudice.

DATED: 10/3/2024        MONICA A. STUMP, Clerk of Court

                                         **s/Tina Gray, Deputy Clerk**

Approved:   **s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**